UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR02-338-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| GERMAINE MARCEL MADDEN, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on January 8, 2007.  The United States was represented by AUSA Kelly Harris and the defendant by Walter Palmer.  The proceedings were digitally recorded.

Defendant had been sentenced on or about April 22, 2003 by the Honorable Barbara Jacobs Rothstein on a charge of Distribution of Cocaine Base, and sentenced to 72 months custody, 5 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant not possess a firearm, submit to mandatory drug testing, participate in a substance abuse program, abstain from alcohol, submit to search, provide financial information to his

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

probation officer, and not associate with any known gang members.  (Dkt. 24.)

In an application dated January 5, 2007 (Dkt. 27), U.S. Probation Officer Michael J. Larson alleged the following violations of the conditions of supervised release:

1. Using cocaine on or before October 13, 2006, in violation of standard condition number 7.

2. Using cocaine on or before October 20, 2006, in violation of standard condition number 7.

3. Using cocaine on or before December 21, 2006, in violation of standard condition number 7.

4. Using cocaine on or before December 27, 2006, in violation of standard condition number 7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition.  The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this <u>8th</u> day of January, 2007.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:         Honorable Thomas S. Zilly
      AUSA:                   Kelly L. Harris
      Defendant's attorney:   Walter Palmer
      Probation officer:      Michael J. Larson

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3