UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR02-338-TSZ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| GERMAINE MARCEL MADDEN, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on March 10, 2008. The United States was represented by AUSA Kelly Harris and the defendant by Walter Palmer. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 22, 2003 by the Honorable Barbara Jacobs Rothstein on a charge of Distribution of Cocaine Base, and sentenced to 72 months custody, 5 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant not possess a firearm, submit to mandatory drug testing, participate in a substance abuse program, abstain from alcohol, submit to search, provide financial information to his probation officer, and not associate with any known gang members. (Dkt. 24.)

On January 8, 2007 defendant admitted violating the conditions of supervised release by

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

using cocaine on four separate occasions. (Dkt. 29.) The case was transferred to the Honorable Thomas S. Zilly. Defendant was sentenced to 39 days with credit for time served in custody and 4 years supervised release. (Dkt. 38.)

In an application dated February 29, 2008, U.S. Probation Officer Brian Johnson reported the following violation of the conditions of supervised release:

1. Using phencyclidine (PCP) on or before February 19, 2008, in violation of standard condition #7.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly.

Pending a final determination by the Court, defendant has been detained.

DATED this 11th day of March, 2008.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:         Honorable Thomas S. Zilly
     AUSA:                   Kelly L. Harris
     Defendant's attorney:   Walter Palmer
     Probation officer:      Brian Johnson

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2