```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR02-338-TSZ |
| v. ) | SUMMARY REPORT OF U.S. |
| GERMAIN MARCEL MADDEN, ) | MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |

An initial hearing on a petition for supplemental violations of supervised release in this case was scheduled before the undersigned Magistrate Judge on April 2, 2008. The United States was represented by Assistant United States Attorney Kelly Harris, and the defendant by Mr. Walter Palmer. The proceedings were digitally recorded.

The defendant had been charged and convicted of Distribution of Cocaine Base and on or about April 22, 2003, was sentenced by the Honorable Barbara J. Rothstein to seventy-two 72 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, defendant not possess a firearm, submit to mandatory drug testing, participate in a substance abuse program, abstain from alcohol, submit to search, provide financial information to his probation officer, and not associate with any known gang members and Residential Reentry Center placement 180 days.

On January 8, 2007 defendant admitted violating the conditions of supervised release. The case was transferred to the Honorable Thomas S. Zilly. Defendant was sentenced to 39 days with credit for time served in custody and 4 years supervised release.

On March 10, 2008, an initial hearing on violation 1 of the conditions of supervised release was held before the Honorable Mary Alice Theiler. Defendant admitted using phencyclidine (PCP) on or before February 19, 2008, in violation of standard condition No. 7. (Dkt. No. 42)

In a Petition for Warrant or Summons dated March 20, 2008, U.S. Probation Officer Brian Johnson alleged the following supplemental violations by defendant of the conditions of his supervised release:

(2) Associating with Vincent Lee Bradley, a person engaged in criminal activity, on or about February 7, 2008, without the permission of the probation officer, in violation of standard condition No. 9.

(3) Failing to notify the probation officer within 72 hours of his February 7, 2008, questioning by a law enforcement officer, in violation of standard condition No. 11.

(4) Associating with a known gang member (Vincent Lee Bradley), on or about February 7, 2008, in violation of special condition that he not associate with any known gang member.

Defendant was advised of the supplemental allegations and of his rights. Defendant denied violation 2 but admitted to violations 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations, 3 and 4, and recommend the Court conduct an evidentiary hearing on alleged violation 2, combined with a disposition hearing on admitted violations 3 and 4. An evidentiary hearing on violation 2 and a disposition hearing on violations 1, 3 and 4 have been set before the Honorable Thomas S. Zilly on April 17, 2008 at

1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 3rd day of April, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Thomas S. Zilly
    AUSA:                  Mr. Kelly Harris
    Defendant's attorney:  Mr. Walter Palmer
    Probation officer:     Mr. Brian Johnson